**Stanley I. Greenberg**
A Law Corporation
6080 Center Drive, Suite 800
Los Angeles, CA. 90045-1574
310/215-7509
Facsimile: 310/215-7736
State Bar No. 53649
Email: stanmanlaw@aol.com

Attorney for Defendant,
LOUIS RICARDO ARRIOLA.

.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00683-ODW |
| Plaintiff, ) | |
| ) | **EX PARTE APPLICATION TO AMEND THE JUDGMENT AND COMMITMENT ORDER; DECLARATION OF STANLEY I. GREENBERG; [PROPOSED] ORDER** |
| vs. ) | |
| LOUIS RICARDO ARRIOLA, ) | |
| Defendant. ) | |
| _____ ) | |

    This is to request that the Court direct the Clerk to prepare an Amended Judgment and Commitment Order to include a recommendation that Mr. Arriola be allowed to participate in the Bureau of Prison's drug abuse program, if found eligible. As the Court may recall, Mr. Arriola has an extensive history of chemical abuse, which is thoroughly documented in paragraphs 77-83 of the Pre-Sentence report prepared by the Probation Department.

///

///

This Application is based upon this document and the attached Declaration of Stanley I. Greenberg.

                                               Respectively Submitted,

DATED:  November 5, 2009         STANLEY I. GREENBERG, ESQ.
                                               A Law Corporation

                                          By    /S/
                                               Stanley I. Greenberg
                                             Attorney for Defendant,
                                             LOUIS RICARDO ARRIOLA

## DECLARATION OF STANLEY I. GREENBERG

I, Stanley I. Greenberg, declare and state the following:

1. I am counsel for defendant Louis Arriola in the above-referenced matter.

2. Due to oversight by undersigned counsel, I failed to ask the Court at the sentencing hearing to include a recommendation in the Judgment and Commitment Order that Mr. Arriola be allowed to participate, if found eligible, in the Bureau of Prison's drug abuse program (commonly abbreviated as RDAP).

3. As the Court may recall, Mr. Arrioloa has an extensive history of chemical abuse, which is thoroughly documented in paragraphs 77-83 of the Pre-Sentence Report prepared by the Probation Department.

4. I believe that Mr. Arriola will likely be found to be eligible, and will likely benefit from participation in such a program in anticipation of his re-entry to society.

5. I discussed this matter by telephone and email with AUSA Rosella Oliver on November 4 and 5, 2009.  AUSA Oliver authorized me to advise the Court that she had no objection to the filing of this Application; nor did she object to the relief requested.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California, on November, 4, 2009.

_____
STANLEY I. GREENBERG, ESQ.