**Stanley I. Greenberg**
A Law Corporation
6080 Center Drive, Suite 800
Los Angeles, CA. 90045-1574
310/215-7509
Facsimile: 310/215-7736
State Bar No. 53649
Email: stanmanlaw@aol.com

Attorney for Defendant,
LOUIS RICARDO ARRIOLA.

.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00683-ODW |
| Plaintiff, ) | |
| vs. ) | **[PROPOSED] ORDER RE EX PARTE APPLICATION TO AMEND THE JUDGMENT AND COMMITMENT ORDER** |
| LOUIS RICARDO ARRIOLA, ) | |
| Defendant. ) | |

Upon application and good cause being shown,

It is hereby ORDERED that the Judgment and Commitment Order, dated October 26, 2009, be amended to add the following sentence:

*"The Court recommends that the Defendant be allowed to participate, if found eligible, in the Bureau of Prison's drug abuse program."*

///

///

///

1

1  The Clerk of the Court is directed to prepare an Amended Judgment and Commitment Order to reflect that sentence on page 3 of the Judgment and Commitment Order.

DATED: November _____, 2009      _____
                                             OTIS D. WRIGHT, II
                                          United States District Judge

2